**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Abra Norton,<br><br>      Plaintiffs,<br><br>vs.<br><br>Mandarich Law Group, LLP; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: CV 11-10504-GW(RZx)<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: May 1, 2012

_____

GEORGE H. WU, U.S. District Judge

---

2:11-cv-10504-GW(RZx)                            STIPULATION OF DISMISSAL